UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIO NARANJO,<br><br>    Petitioner,<br><br>v.<br><br>ERIK BONNAR et al.,<br><br>    Respondents. | Case No. 19-cv-07585-JD<br><br>**ORDER TO SHOW CAUSE RE HABEAS PETITION**<br><br>Re: Dkt. No. 1 |

Silvio Naranjo is subject to a final order of deportation and has been in custody at the Mesa Verde Immigration and Customs Enforcement Processing Center in Bakersfield, California, for over six months. In a pro se petition for habeas relief under 28 U.S.C. § 2241, Naranjo says that his country of origin, Ecuador, does not recognize him has a citizen, and that his detention appears to be continuing indefinitely. Dkt. No. 1 at 4. The petition mentions detention communications in August and November 2019, *id.*, but it is unclear whether Naranjo has ever been given an individualized custody hearing. *See Diouf v. Napolitano*, 634 F.3d 1081, 1082 (9th Cir. 2011). Naranjo brings one claim for relief under 8 U.S.C. § 1231(a)(6). *Id.* at 5.

Because the record is not clear with respect to Naranjo's detention proceedings, the federal respondents are directed to file a return to the petition. The return should state respondents' position on whether the injunction issued in *Gonzalez v. Sessions*, 325 F.R.D. 616, 629 (N.D. Cal. 2018), applies to Naranjo.

The clerk shall issue a summons and the United States Marshal shall serve, without prepayment of fees, copies of the Petition for Writ of Habeas Corpus, Dkt. 1 and copies of this Order on the Respondents. Respondents will file and serve a return by February 3, 2020. To accommodate his pro se status, Naranjo may file a response or traverse to the return by February 24, 2020. The Court will set a hearing if warranted.

**IT IS SO ORDERED.**

Dated: January 14, 2020

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIO NARANJO,<br><br>    Plaintiff,<br><br>v.<br><br>ERIK BONNAR, et al.,<br><br>    Defendants. | Case No. 19-cv-07585-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 15, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Silvio Naranjo ID: 030698895
Mesa Verde Ice Processing
425 Golden State Ave.
Bakersfield, CA 93301

Dated: January 15, 2020

                                      Susan Y. Soong
                                      Clerk, United States District Court

                                      By: /s/ Lisa R. Clark
                                      LISA R. CLARK, Deputy Clerk to the
                                      Honorable JAMES DONATO